1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Mr. Aguirre-Marin

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 08mj0908
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )   **NOTICE OF APPEARANCE**
14  **JOSE FRANCISCO AGUIRRE-MARIN,**   )
                                        )
15              Defendant.              )
                                        )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19  in the above-captioned case.

20                                          Respectfully submitted,

    Dated: March 25, 2008                   s/ *Michelle Betancourt*
21                                          **MICHELLE BETANCOURT**
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            michelle_betancourt@fd.org
23

24

25

26

27

28